ERRATA

<u>Nucor Corporation et al. v. United States</u>, Court No. 16-00164, Slip Op. 16-104, dated November 9, 2016:

    Page 2, appearances: following the appearances of Defendant and preceding those of Proposed Defendant-Intervenor, add the following:

"<u>David Edward Bond</u> and <u>William Joseph Moran</u>, White and Case, LLP, of Washington, DC, for defendant-intervenors Dongkuk Steel Mill Co., Ltd. and Union Steel Manufacturing Co. Ltd."